```
THOMAS P. O'BRIEN
United States Attorney                    E-FILED 02/13/09
CHRISTINE C. EWELL                            JS - 6
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2727
     Facsimile: (213)894-7177
     E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-04538-PSG(SSx) |
| Plaintiff, | **[Proposed]** **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $187,302.05 IN U.S. CURRENCY, ET AL., | |
| Defendants. | |
| FELCORANENDA ESTUDILLO, OSCAR T. ESTUDILLO, MARY O. ESTUDILLO, OLIVIA ESTUDILLO, and WESCOVE HOME HEALTH SERVICES, | |
| Claimants. | |

Plaintiff United States of America ("plaintiff") initiated this action by filing a Complaint for Forfeiture ("Complaint") on July 11, 2008. Notice was given and published in accordance with law. Felcoranenda Estudillo, Oscar T. Estudillo, Mary O.

1  Estudillo, Olivia Estudillo and Wescove Home Health Services
2  ("Claimants") filed a joint claim on October 31, 2008.  The
3  stipulated deadline for Claimants to file an answer is January
4  21, 2009.  No other claims or answers have been filed, and the
5  time for filing all other claims and answers has expired.
6  Plaintiff and Claimants have reached an agreement that is
7  dispositive of the action.  The parties hereby request that the
8  Court enter this Consent Judgment of Forfeiture.
9      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
10     1.   This court has jurisdiction over the parties and the
11  subject matter of this action.
12     2.   Notice of this action has been given in accordance with
13  law.  All potential claimants to the defendant $187,302.05 in
14  U.S. currency; $504,081.58 in U.S. currency; $100,703.79 in U.S.
15  currency; $501,745.46 in U.S. currency; $500,518.06 in U.S.
16  currency; $500,141.12 in U.S. currency; $501,745.46 in U.S.
17  currency; $510,663.40 in U.S. currency; $513,580.73 in U.S.
18  currency; $100,703.79 in U.S. currency; $500,784.70 in U.S.
19  currency (collectively, the "defendant currency"); one 1999
20  Mercedes Benz, VIN: WDBKK47F8XF116573; and one 2003 BMW Z Series
21  Roadster 243.0i, VIN: 4USBT53423LT20882 (collectively, the
22  "defendant vehicles"), other than Claimants, are deemed to have
23  admitted the allegations of the Complaint.  The allegations set
24  out in the Complaint are sufficient to establish a basis for
25  forfeiture.
26     3.   The United States of America shall have judgment as to
27  the defendant currency and all interest earned thereon and the
28  defendant vehicles.  No other person or entity shall have any

2

right, title or interest in the forfeited currency and vehicles. The United States Marshals Service is ordered to dispose of the defendant currency and vehicles in accordance with law.

4. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

/ / /
/ / /
/ / /

5.  The Court finds that there was reasonable cause for the seizure of the defendant currency and vehicles and for the institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: February 11, 2009

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: January ____, 2009     THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              _____
                              MICHELE C. MARCHAND
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

DATED: January ____, 2009     MARKS & BROOKLIER, LLP.


                              _____
                              DONALD B. MARKS
                              ELIZABETH M. ROOS

                              Attorneys for Claimants
                              Felcoranenda Estudillo, Oscar T.
                              Estudillo, Mary O. Estudillo,
                              Olivia Estudillo and Wescove Home
                              Health Services

[*SIGNATURES CONTINUE ON NEXT PAGE*]

```
 1  DATED: January ____, 2009
 2
 3                                    _____
                                      Felcoranenda Estudillo
 4                                    Claimant

 5  DATED: January ____, 2009
 6
 7                                    _____
                                      Oscar T. Estudillo
 8                                    Claimant

 9  DATED: January ____, 2009
10
11                                    _____
                                      Mary O. Estudillo
12                                    Claimant

13  DATED: January ____, 2009
14
15                                    _____
                                      Olivia Estudillo
16                                    Claimant

17  DATED: January ____, 2009
18
19                                    _____
                                      Wescove Home Health Services
20                                    Claimant
21
22
23
24
25
26
27
28
```